AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

## APPEARANCE

Case Number:  10 Civ. 07415-NRB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Amici Public Knowledge, Electronic Frontier Foundation, Media Access Project, and Open Technology Initiative (a project of the New America Foundation)

I certify that I am admitted to practice in this court.

| 1/31/2011 | | | |
|---|---|---|---|
| Date | Signature | | |
| | JENNIFER A. KLEAR | | (JK7829) |
| | Print Name | | Bar Number |
| | 445 PARK AVENUE, 9TH FLOOR | | |
| | Address | | |
| | NEW YORK | NY | 10022 |
| | City | State | Zip Code |
| | (212) 579-5943 | | |
| | Phone Number | | Fax Number |