## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2011, a copy of each of the following documents was served upon the Plaintiffs and Defendants identified in the attached service list:

1. Notice of Motion with the supporting Declaration of Jennifer A. Klear and Motion for Leave to File *Amicus Curiae* Brief;

2. *Amicus Curiae* Brief of the Public Knowledge, Electronic Frontier Foundation, Media Access Project, and Open Technology Initiative of the New America Foundation in Support of Defendants;

3. Rule 7.1 Corporate Disclosure Statement; and

4. Notice of Appearance

Service was accomplished via the Court's ECF system and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service.  Lead counsel for the parties will also receive a courtesy copy via electronic mail.

/s/_____
Jennifer A. Klear, Esq.
*Counsel for amici curiae*

**Service List**

| **Plaintiffs Counsel** | **Defendants Counsel** |
| --- | --- |
| **Peter L. Zimroth**<br>Arnold & Porter, LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212)-715-1010<br>Fax: (212)-715-1399<br>Email: peter_zimroth@aporter.com<br>*LEAD ATTORNEY* | **Ellen M. Bierman**<br>Black, Lowe & Graham PLLC<br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>(206) 381-3300<br>Fax: (206)-381-3301<br>Email: bierman@blacklaw.com<br>*PRO HAC VICE* |
| **C. Scott Morrow**<br>Arnold & Porter, LLP (DC)<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>(212)-942-5000<br>*PRO HAC VICE* | **Gavin Ira Handwerker**<br>Nissenbaum Law Group, LLC<br>2400 Morris Avenue<br>Union, NJ 07083<br>212-871-5711<br>Fax: 212-871-5712<br>Email: gih@gdnlaw.com |
| **Hadrian Ronald Katz**<br>Arnold & Porter, LLP (DC)<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>(202)-942-5707<br>Fax: (202)-942-5999<br>Email: katzha@aporter.com | **Lawrence D. Graham**<br>Black, Lowe & Graham PLLC<br>701 Fifth Avenue<br>Suite 4800<br>Seattle, WA 98104<br>(206) 381-3300<br>Fax: (206)-381-3301<br>Email: graham@blacklaw.com<br>*PRO HAC VICE* |