UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WPIX, INC., *et al.*,

                10 Civ. 07415-NRB

        Plaintiffs,

                **ORDER**

v.

IVI, INC., *et al.*,

        Defendants.
------------------------------------------------------------------------X

    IT IS HEREBY ORDERED that pursuant to this Court's Order, entered on April 19, 2011, Plaintiffs may post a cash deposit with the Clerk of the Court in the amount of $10,000.00 in lieu of a bond.

Dated: New York, New York
       April __, 2011
       May 2

SO ORDERED:

_____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/11